UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christopher Sadowski,<br><br>    Plaintiff,<br><br>  v.<br><br>LawNewz, Inc.,<br><br>    Defendant. | Case No: 1:25-cv-02917-JMF |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that, whereas no party in this action is an infant or incompetent, the above captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 23, 2025

**LAWNEWZ, INC.**

*[signature]*

Elizabeth Vulaj, Esq.
1261 Broadway, Sixth Floor
New York, NY 10001
Tel: (646) 370-1258
Email: elizabeth@abrams-media.com

*Attorneys for Defendant*

**SANDERS LAW GROUP**

*[signature]*

Joshua D. Vera, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jvera@sanderslaw.group

*Attorneys for Plaintiff*

**SO ORDERED.**

_____
JESSE M. FURMAN
United States District Judge